[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-14640
Non-Argument Calendar

_____

D.C. Docket No. 8:07-cr-00090-JDW-TBM-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY MOORE,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 29, 2018)

Before MARTIN, JULIE CARNES, and HULL, Circuit Judges.

PER CURIAM:

Anthony Moore appeals the district court's decision to revoke his supervised release and impose a sentence of 6-months incarceration followed by 2-years supervised release.  Moore's appointed counsel asserts that Moore has no meritorious issues to bring to our attention on appeal.  See Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  To that end, counsel has filed a comprehensive 35-page brief "pointing the court to any argument which may arguably support an appeal."  United States v. Edwards, 822 F.2d 1012, 1013 (11th Cir. 1987) (per curiam).  Counsel certified that he sent a copy of the brief and his motion to withdraw as counsel to Moore, and, on January 9, 2018, we notified Moore that he had 30 days to respond.  As of March 16, 2018, we have not received a response from Moore.

As Anders requires, we have carefully reviewed counsel's brief and the record, and we have independently determined that there are no issues of arguable merit for our review.  See Anders, 386 U.S. at 744, 87 S. Ct. at 1400.  Therefore, we **AFFIRM** Moore's revocation of supervised release and his sentence, and we **GRANT** counsel's motion to withdraw.